**Ann SANTELLE et al.**

v.

**MIRIAM HOSPITAL et al.**

**No. 79–354–A.**

Supreme Court of Rhode Island.

Jan. 10, 1980.

Lynch & Coleman, John D. Lynch, Warwick, for plaintiffs.

Thomas D. Gidley, Hugh L. Moore, David W. Carroll, Providence, for defendants.

## ORDER

The defendants' motions to affirm the judgment of the Superior Court pursuant to Rule 16(g) are assigned to the motion calendar for Tuesday, March 4, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.

**STATE**

v.

**Ralph BYRNES et al.**

**No. 79–412–C.A.**

Supreme Court of Rhode Island.

Jan. 10, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

John F. Cicilline, Providence, William M. Kunstler, New York City, for defendants.

## ORDER

The defendants' motion to extend the time for transmission of the record is granted. The Superior Court Administrator is directed to file the transcript in this case with the Superior Court clerk's office promptly upon its completion and the clerk is directed to transmit the record to this court forthwith upon the filing of said transcript. This case is assigned to the calendar for Monday, May 5, 1980 for oral argument. The defendants' brief shall be filed on or before March 7, 1980. The state's brief shall be filed on or before April 25, 1980.

BEVILACQUA, C. J., and DORIS, J., did not participate.